**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1860**

_____

STEVEN M. FANGMANN,

Plaintiff - Appellant,

versus

GEORGETOWN UNIVERSITY MEDICAL CENTER,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Frederic N. Smalkin, Chief District Judge. (CA-01-1958-S)

_____

Submitted: November 7, 2002          Decided: November 13, 2002

_____

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven M. Fangmann, Appellant Pro Se. Mark Spencer Saudek, HOGAN & HARTSON, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven M. Fangmann appeals the district court's order granting summary judgment in his civil action in which he claimed, _inter alia_, violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (2002). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See _Fangmann v. Georgetown University Medical Ctr._, No. CA-01-1958-S (D. Md. July 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED